**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARTIN O'TOOLE and REGIS CLAUS, Trustees on behalf of PLUMBERS LOCAL UNION NO. 27 COMBINED FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>NEXUS CONSTRUCTION, LLC,<br><br>Defendant. | No. 19-745 |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2019, it is hereby ORDERED that the above-referenced case is DISCONTINUED as to the Defendant, Nexus Construction, LLC.

_____
United States District Court Judge

LIT:5170064-1 014051-177423